No. 74–5060. LaRuffa v. New York. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Blackledge* v. *Perry*, 417 U. S. 21 (1974), and *Tollett* v. *Henderson*, 411 U. S. 258 (1973).

No. ——. Ellis v. Hawaii; and

No. ——. Ellis v. Powers et ux. Sup. Ct. Hawaii. Motion to consolidate cases to permit filing of a single petition for writ of certiorari denied.

No. A–177 (74–269). Brian, Secretary, Human Relations Agency, et al. v. California Welfare Rights Organization et al. Sup. Ct. Cal. Application for stay presented to Mr. Justice Blackmun, and by him referred to the Court, denied.